RECEIVED
MAY 23 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

# In the Indiana Supreme Court

FILED
May 18 2017, 3:19 pm
CLERK
Indiana Supreme Court
Court of Appeals
and Tax Court

17 MAY 23 PM 2:27
FILED
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

In the Matter of: Sven E. Marshall,
Respondent

Supreme Court Case No.
71S00-1703-DI-143

## Published Order Suspending Respondent from the Practice of Law in Indiana for Noncooperation

On March 15, 2017, this Court ordered Respondent to show cause why Respondent should not be immediately suspended from the practice of law in this state for failure to cooperate with the Commission's investigation of a grievance, **No. 17-0774**, filed against Respondent. The order required that Respondent show cause in writing within ten days of service of the order. Respondent has not submitted a response to the Court's order to show cause. On April 3, 2017, the Commission filed a "Request for Ruling and to Tax Costs" asserting that Respondent still has not cooperated, to which Respondent has not responded.

Being duly advised, the Court ORDERS that **Respondent be suspended from the practice of law for noncooperation with the Commission, effective immediately.** Pursuant to Admission and Discipline Rule 23(10.1)(c)(3), this suspension shall continue until the Executive Director of the Disciplinary Commission certifies to the Court that Respondent has cooperated fully with the investigation or until further order of this Court, provided there are no other suspensions then in effect. Respondent is ordered to fulfill the duties of a suspended attorney under Admission and Discipline Rule 23(26).

IT IS FURTHER ORDERED, pursuant to Admission and Discipline Rule 23(10.1)(d), that Respondent reimburse the Disciplinary Commission **$513.24** for the costs of prosecuting this proceeding.

Done at Indianapolis, Indiana, on 5/18/2017.

Loretta H. Rush
Chief Justice of Indiana

Sven Eric Marshall
2802 Mishawaka Avenue
South Bend, IN 46615

All Justices concur.

The Clerk of the Indiana Supreme Court, Court of Appeals, and Tax Court, does hereby certify that the foregoing is a full, true, complete and correct copy of the Order number 71S00-1703-DI-143 from cause As the same appears upon the official records of the Supreme Court, Court of Appeals, or Tax Court, and in my custody as Clerk. In testimony whereof I have subscribed my name and affixed the seal of the court this 18 day May 2017
Clerk of the Courts by: [signature]
Title: Orders/Opinions